UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELCO SECURITIES, LTD.,<br><br>        Plaintiff,<br><br>-against-<br><br>DEAR CASHMERE HOLDINGS, INC.,<br><br>        Defendant. | 23-CV-5008 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

   In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **January 19, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated:  January 2, 2024
     New York, New York

                        SO ORDERED.

                        *Jessica Clarke*

                        JESSICA G. L. CLARKE
                        United States District Judge