UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELCO SECURITIES, LTD., <br><br> Plaintiff, <br><br> -against- <br><br> DEAR CASHMERE HOLDINGS, INC., <br><br> Defendant. | 23-CV-5008 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

It is hereby ORDERED that Plaintiff's motion for default judgment, ECF No. 16, is DENIED without prejudice, as it does not comply with the Court's Individual Rules and Practices in Civil Cases. Plaintiff is directed to file a renewed motion for default judgment in accordance with the Court's Individual Rule 4(h) and Local Rule 55 no later than **February 9, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: January 22, 2024
       New York, New York

                                              SO ORDERED.

                                              *Jessica Clarke*
                                              _____
                                              JESSICA G. L. CLARKE
                                              United States District Judge