UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELCO SECURITIES, LTD,

        Plaintiff,

-against-

DEAR CASHMERE HOLDINGS, INC.,

        Defendant.

23-CV-05008 (JGLC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      The parties' confidential settlement letters were due on May 6, 2025, one week in advance of the settlement conference now scheduled to take place on Tuesday, May 13, 2025. *See* 2/26/25 Sched. Order (Dkt. 71) ¶ 3. After outreach from the Court, defendant submitted its confidential letter prior to the new deadline set by chambers staff. Plaintiff, without explanation, again missed the deadline. The parties are reminded that they must affirmatively request, in advance and in writing, any extensions to a Court-ordered deadline. Moses Ind. Prac. § 2(a).

      In addition to missing the deadlines set forth in the Court's February 26, 2025 Scheduling Order, defendant has apparently failed to comply with the Court's requirement that "each party convey to each opposing party at least one good-faith settlement demand or offer, in advance of the deadline." Dkt. 71 at ¶ 2. The Court has reviewed the parties' confidential pre-settlement letters, and it appears that defendant has not presented a counter to plaintiff's offer. Ahead of the conference, defendant must present plaintiff with a counter-offer.

      No later than **5:00 p.m. on May 12, 2025**, the parties must submit a confidential, joint settlement update letter to chambers by email advising the Court of their current settlement positions.

      If the parties are, for whatever reason, not yet in a position to make good use of the settlement conference on Tuesday, the Court will adjourn the settlement conference.

Dated: New York, New York
       May 9, 2025            **SO ORDERED.**

                                       **BARBARA MOSES**
                                       **United States Magistrate Judge**