UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELCO SECURITIES, LTD, <br><br> Plaintiff, <br><br> -against- <br><br> DEAR CASHMERE HOLDINGS, INC., <br><br> Defendant. | 23-CV-5008 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  The Court, having been advised that the parties reached a settlement in principle, cancels the trial, set to begin on June 11, 2025, and the final pretrial conference, set for June 5, 2025 at 11:00 a.m. The Court understands that the parties have agreed to consent to Judge Moses' jurisdiction for settlement approval. As such, the parties are ORDERED to file the consent form attached to this Order by no later than **May 28, 2025**. If the parties no longer consent, they must submit a joint letter by **May 28, 2025** advising the Court of this change without revealing which party no longer consents. The letter must also include the parties' proposed deadline for their settlement approval submission. As the Court has previously warned (*see, e.g.*, ECF Nos. 72, 74), failure to comply with the deadlines set herein will result in monetary sanctions against counsel.

Dated: May 22, 2025
   New York, New York

                 SO ORDERED.

                 *Jessica Clarke*
                 JESSICA G. L. CLARKE
                 United States District Judge

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff* | ) ) ) | Civil Action No. |
| v. | ) |  |
| *Defendant* | ) ) |  |

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

### Reference Order

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____         _____
*District Judge's signature*

_____
*Printed name and title*

Note:  Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.